JOHN RABER, Appellant, *v.* JOHN LOUGHRAN, as Assignee of JOHN RABER, for Benefit of Creditors, Respondent.

(Argued June 25, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order

made May 9, 1887, which affirmed a judgment, entered upon an order of the County Court of Kings county, confirming the report of a referee settling the accounts of respondent, as assignee for the benefit of creditors, and discharging his sureties.

*Charles J. Buchanan* for appellant.

*Joseph A. Burr, Jr.*, for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.